■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
NORMAN McCORKEL, Appellant.—Judgment, Supreme Court,
Bronx County (Lawrence Tonetti, J.), rendered on September
8, 1987, convicting defendant, after a jury trial, of robbery in
the third degree, and sentencing him as a second felony
offender to an indeterminate prison term of from 3 to 6 years,
unanimously affirmed.

Defendant's sole contention on appeal is that the admission
of his arrest photograph constituted reversible error. This
argument is without merit. As the Court of Appeals held in
*People v Logan* (25 NY2d 184, 195-196), it is not improper to
admit an arrest photograph to show that the defendant's
appearance had changed from the time of his arrest.

At trial, defendant's hairstyle was completely different from
that at the time of his arrest. The photograph was introduced
solely to show the jury the difference in his appearance. The
prosecutor did not attempt to bolster his witness's testimony.
In addition, the jury was unaware from the photograph that
defendant had a prior criminal record since the arrest photo-
graph merely showed that he was arrested on September 28,
1986, the date the instant robbery occurred. Concur—Sullivan,
J. P., Ross, Carro, Milonas and Ellerin, JJ.